UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| PAMELA BOND, | \* |
|     Plaintiff | \* |
| | \* |
| v. | \*   Case No. 1:18-cv-00798-AJ |
| | \* |
| SIG SAUER, INC., | \* |
|     Defendant | \* |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## JOINT DISCOVERY STATUS REPORT

The parties have exchanged disclosures and discovery requests. Plaintiff provided her discovery answers and responses to Defendant on November 25, 2019. Defendant provided their discovery answers and responses to Plaintiff on February 21, 2020. The deposition of Plaintiff is scheduled to take place on Tuesday, March 24, 2020. There remain four or more depositions to be scheduled of Defendant employees, which anticipated to be completed by mid-June.

An Assented-to Motion to Extend Deadlines and Continue Trial is being filed contemporaneously herewith to request a brief extension of the discovery and summary judgment deadlines and a brief continuance of the trial, to the extent feasible for the court.

                Respectfully submitted,

                PAMELA BOND
                By her attorneys,
                DOUGLAS, LEONARD & GARVEY, P.C.

Date: March 4, 2020      By:  /s/ Megan Douglass, Esq.
                                     Megan Douglass, NH Bar #19501
                                     14 South Street, Suite 5
                                     Concord, NH 03301
                                     (603) 224-1988
                                     mdouglass@nhlawoffice.com

                                        AND

                                        SIG SAUER, INC.
                                        By its attorneys,
                                        JACKSON LEWIS, PC

Date: March 4, 2020                 By:  /s/ Martha Van Oot, Esq.
                                                  Martha Van Oot, Esq. NH Bar #963
                                                  100 International Drive, Suite 363
                                                  Portsmouth, NH 03801
                                                  Martha.VanOot@jacksonlewis.com
                                                  (603) 559-2735


## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing has this date been transmitted to all counsel of record via ECF.

                                                  /s/ Megan E. Douglass