UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

PAMELA BOND,

    Plaintiff

v.                                                              Civil Case No. 1:18-cv-00798-AJ

SIG SAUER, Inc.,

    Defendant

## DEFENDANT'S ASSENTED-TO MOTION TO EXTEND THE DEADLINE TO FILE STIPULATION OF DISMISSAL FROM AUGUST 24, 2020 TO SEPTEMBER 7, 2020

Defendant Sig Sauer, Inc., by and through counsel, Jackson Lewis, P.C., respectfully moves the Court to extend the deadline for filing the stipulation of dismissal by two weeks from August 24, 2020 to September 7, 2020. In support of this motion, Defendant states as follows:

1. On July 24, 2020, this Court ordered that counsel shall complete settlement within thirty days and set the deadline for filing a stipulation of dismissal by August 24, 2020.

2. Defendant requires additional time to issue the settlement checks before filing their stipulation of dismissal.

3. Defendant therefore requests an additional two-week extension of the parties' deadline to September 7, 2020.

WHEREFORE, Defendant respectfully requests that this Honorable Court:

A. Grant this motion and extend the deadline to file a stipulation of dismissal from August 24, 2020 to September 7, 2020; and

B. Grant such other and further relief as is just and equitable.

CONCURRENCE STATEMENT, LR 7.1(c)

Attorney Megan Douglass, counsel for Plaintiff, has been contacted and concurs to the relief sought in this motion.

MEMO STATEMENT, LR 7.1(a)(2)

No Memorandum of Law accompanies this motion due to the discretionary nature of the relief requested herein.

Respectfully Submitted,
SIG SAUER, INC.,
By its attorneys,
JACKSON LEWIS P.C.,

Date: August 21, 2020        By:   /s/Martha Van Oot
                                   Martha Van Oot, NHBA #963
                                   100 International Drive, Suite 363
                                   Portsmouth, NH 03801
                                   603.559.2700
                                   martha.vanoot@jacksonlewis.com

Certificate of Service

I hereby certify that the foregoing was this day served via ECF on all counsel of record.

Date: August 21, 2020        /s/Martha Van Oot
                             Martha Van Oot

4849-8879-5848, v. 1