UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

PAMELA BOND,

    Plaintiff

v.                                    Civil Case No. 1:18-cv-00798-AJ

SIG SAUER, Inc.,

    Defendant

## **STIPULATION OF DISMISSAL WITH PREJUDICE**

The parties, by their counsel, hereby stipulate that this action is dismissed, with prejudice and without costs or interest, pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii).

Respectfully Submitted,

SIG SAUER, INC.,
By its attorneys,
JACKSON LEWIS P.C.,

Date:  September 9, 2020        By:    /s/Martha Van Oot
                                                                     Martha Van Oot, NHBA #963
                                                                     100 International Drive, Suite 363
                                                                     Portsmouth, NH 03801
                                                                     603.559.2700
                                                                     martha.vanoot@jacksonlewis.com

PAMELA BOND
By her attorneys,
DOUGLAS, LEONARD & GARVEY, P.C.,

Date:  September 9, 2020        By:    /s/ Megan Douglass, Esq.
                                                                     Megan Douglass, NH Bar #19501
                                                                     14 South Street, Suite 5
                                                                     Concord, NH 03301
                                                                     (603) 224-1988
                                                                     mdouglass@nhlawoffice.com